

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

§

IN THE MATTER OF THE ESTATE OF

§

RICHARD C. POE, DECEASED

§

§

§

§

No. 08-18-00015-CV

Appeal from

Probate Court No. 1

of El Paso County, Texas

(TC # 2015-CPR00818)

## J U D G M E N T

The Court has considered this cause on the record and concludes that there was no error in that part of the lower court's judgment granting declaratory relief to Richard C. Poe II as against: Anthony E. Bock and Karen G. Castro as Co-Independent Executors of the Estate of Richard C. Poe, Deceased; and Anthony E. Bock, Karen G. Castro, and Paul O. Sergent, Jr. as Officers of Poe Management, Inc., and as Co-Trustees of the Dick Poe Estate Trust. We affirm that part of the judgment.

The Court further finds that there was no error in the portion of the judgment awarding monetary relief against Poe Management, Inc. in favor of Anthony E. Bock and Karen G. Castro as Co-Independent Executors of the Estate of Richard C. Poe. Nor was there error in the portion of the judgment awarding attorney's fees under the Texas Declaratory Judgment Act to Richard C. Poe II. Those portions of the judgment are affirmed.

The Court finds that there was error in a portion of the judgment granting a take nothing judgment against Paul O. Sergent Jr. and Anthony E. Bock, individually. The Court reverses only that portion of the judgment granting a take nothing judgment on the breach of fiduciary duty of loyalty claim limited to disgorgement relief for legal and accounting fees billed since Richard C. Poe's death. The Court also reverses that portion of the judgment that grants a take nothing judgment in favor of Paul O. Sergent, Jr. on the conspiracy claim. In all other respects, the take nothing judgments in favor of Anthony E. Bock, Paul O. Sergent Jr., and Karen G. Castro are affirmed.

We further order that costs are assessed against the party incurring the same.

IT IS SO ORDERED THIS 28TH DAY OF AUGUST, 2019.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.